UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE No.: 6:10-bk-10806-ABB

IN RE:

**ELESTON TAYLOR**
**DEIDRE YVETTE TAYLOR**

Debtor(s).

_____/

## MOTION TO ACCEPT PROPOSED MORTGAGE MODIFICATION OF WATERFALL VICTORIA MASTER FUND LIMITED (WVMFL), FORMALLY LOAN CARE SERVICING CENTER U.S. BANK NATIONAL ASSOCIATION C/O QUANTUM SERVICING CORPORATION

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty-one (21) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 135 West Central Boulevard, Suite 950, Orlando, Florida 32801, and serve a copy on the movant=s attorney, Carole Suzanne Bess, 101 N Plumosa St, Merritt Island, FL 32953.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice of hearing, and may grant the relief requested.

COME NOW the Debtors, **ELESTON TAYLOR and DEIDRE YVETTE TAYLOR**, and files this Motion to accept the proposed mortgage modification by Waterfall Victoria Master

Fund Limited (WVMFL), formerly Loan Care Servicing Center U.S. Bank National Association, c/o Quantum Servicing Corporation and shows:

1. Waterfall Victoria Master Fund Limited (WVMFL), formerly Loan Care Servicing Center U.S. Bank National Association, c/o Quantum Servicing Corporation holds the mortgage on the Debtor's primary residence.

2. The modification proposes to decrease the unpaid principle balance from $181,974.89 to $109,343.00 and reduce the original adjustable interest rate from 8.85% to a fixed 5.5% for the life of the loan. The modification will include a balloon payment in the amount of $65,559.62, which will accrue interest at a rate of 0.00%. The maturity date is extended from September 1, 2036 to October 1, 2040.

3. This modification would lower the Debtor's payment from $1,614.58 to $846.77 including escrows as shown on the attached exhibit "A" From Waterfall Victoria Master Fund Limited (WVMFL), formerly Loan Care Servicing Center U.S. Bank National Association c/o Quantum Servicing Corporation.

4. The Debtor feels this modification be in his best interest.

5. Upon approval of the permanent modification and 12 consecutive and timely payments to the Trustee, the automatic stay will be lifted as to Waterfall Victoria Master Fund Limited (WVMFL), formerly Loan Care Servicing Center U.S. Bank National Association c/o Quantum Servicing Corporation for the purpose of dismissing the pending State Court action filed in Brevard County 18th Judicial Court, case number 05-2007-CA-015876.

6. Waterfall Victoria Master Fund Limited (WVMFL), formerly Loan Care Servicing Center U.S. Bank National Association c/o Quantum Servicing Corporation and its assigns warrants that it has the authority to enter into this agreement and further agrees to defend,

indemnify and hold harmless debtors in the event any third party attempts to enforce the terms of the original note and mortgage against the Debtors.

7. Claim 4 filed by Waterfall Victoria Master Fund Limited (WVMFL), formerly Loan Care Servicing Center U.S. Bank National Association c/o Quantum Servicing Corporation will be modified and treated according to the terms of this modification

**WHEREFORE**, the Debtor(s) request(s) they be allowed to accept this mortgage modification and treat Claim 4, filed by Waterfall Victoria Master Fund Limited (WVMFL), formerly Loan Care Servicing Center U.S. Bank National Association c/o Quantum Servicing Corporation and/or Assigns according to the terms of the mortgage Modification as described in Exhibit A.

## CERTIFICATE OF SERVICE PURSUANT TO F.R.B.P. 7004

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished either by electronic transmission or by U.S. Mail to Laurie K. Weatherford, Trustee, P.O. Box 3450, Winter Park, FL 32790-3450; and to an officer manager or agent of Waterfall Victoria Master Fund Limited c/o Quantum Servicing Corporation, P.O. Box 4529, Carol Stream, IL 60197 and Josh D. Donnelly, Esquire, Law Offices of Daniel C. Consuegra, 9204 King Palm Drive, Tampa, FL 33619-1328

/s/ Paul F. Daley
**PAUL F. DALEY**
101 N Plumosa St
Merritt Island, FL 32953
Florida Bar No.: 25861
Tel (321) 452-1991
Fax (321) 452-1995
Counsel for the Debtor(s)

*Exhibit "A"*

# United States Bankruptcy Court
## Middle District of Florida

In re  Eleston Taylor
       Deidre Yvette Taylor

Case No.  6:09-bk-10806-ABB

Debtor(s)    Chapter  13

## Mediation Settlement Agreement

The above styled cause was mediated this 26th day of October, 2010. An agreement was reached and as to the parties joining this document the agreement is:

____x____ 1.  A full and complete settlement agreement.

_____ 2.  A partial settlement agreement with issues reserved for trial or hearing.

_____ 3.  A temporary settlement with all issues reserved except as stated herein.

The parties joining this agreement:

1. Debtor (s) Eleston and Deidre Taylor

2. Debtor's Counsel Catherine J. Jones, Esq.

3. Creditor/ Bank's Counsel Steve Tran

4. Bank/ Servicer Representative  April Kennedy

5. Bank/Servicer Representative Christine Sahvers

The following parties were in attendance at mediation and do not join in this agreement.

1. Liz McCausland

2. _____

Page 1 of 3

The terms of the agreement are as follows: Debtor's counsel will file motion to approve modification. Upon court approval of the permanent modification and 12 consecutive and timely payments to the Trustee, the automatic stay will be lifted as to Quantum Servicing, and Quantum Servicing consents to dismissal of pending state court foreclosure action filed in Brevard County 18th Judicial Circuit Court, Case Number 05-2007-CA-015876. Quantum warrants that it has the authority to enter into this agreement. Quantum and its assigns further agree to defend, indemnify and hold harmless debtors in the event any third party attempts to enforce the terms of the original note and mortgage against the debtors.

| Terms | Original / Current | Modified / New |
|---|---|---|
| UPB | 181,974.89 | 109,343.00 |
| Interest Rate | 8.85 (ARM) | 5.5% (Fixed) |
| Maturity Date | 9/1/2036 | 10/1/2040 |
| Forbearance | | |
| Balloon Payment | | 47,170.56 (Deferred Interest)<br>17,308.59 (Escrow Advance)<br>2,424.34 (Attorney Costs)<br>633.13 (Late Charges)<br>23.00 (Property Inspection)<br>TOTAL: 65,559.62 at 0% |
| P&I | 1387.95 | 620.84 |
| Escrow Deposit | 226.63 | 225.93 |
| Total Payment Amount | 1614.58 | 846.77 |
| Due Date | 2/1/2008 | 11/1/2010 |
| Contribution Funds | | none |
| Loan Type | Conventional Residential Arm | Conventional Fixed Rate |
| Closing Costs | | none |

_____
Debtor

_____
Debtor

_____
Debtor's Counsel

_____
Bank/ Servicer Representative

_____
Counsel for Bank  Steve A. ___

_____
Other